

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS

**CHIEF JUSTICE**
Yvonne T. Rodriguez

**JUSTICES**
Gina M. Palafox
Jeff Alley

EL PASO COUNTY COURTHOUSE
500 E. SAN ANTONIO AVE., SUITE 1203
EL PASO, TEXAS 79901-2408
(915) 546-2240 FAX (915) 546-2252
WWW.TXCOURTS.GOV/8THCOA.ASPX

**CLERK**
Elizabeth G. Flores

March 17, 2021

Blake A. Hawthorne
Clerk of the Court
P.O. Box 12248
Austin, TX 79711

RE:  Court of Appeals Number:  08-20-00217-CR
     Trial Court Case Number:   F-1951345-K

Style:  Christopher Cortez Thomas
        v.
        The State of Texas

Dear Mr. Hawthorne,

The Eighth Court of Appeals has reviewed the request to re-transfer this case. Pursuant to the procedures outlined in Misc. Docket No. 06-9136, I write to inform you that Chief Justice Rodriguez consents to the proposed re-transfer.

Respectfully yours,

*Elizabeth G Flores*

ELIZABETH G. FLORES, CLERK

cc:  Chief Justice Nathan Hecht
     John G. Tatum (DELIVERED VIA E-MAIL)
     John Creuzot (DELIVERED VIA E-MAIL)